# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 31, 2023
Lyle W. Cayce
Clerk

No. 22-10960

In the Matter of Highland Capital Management, L.P.,

*Debtor*,

The Dugaboy Investment Trust,

*Appellant*,

*versus*

Highland Capital Management, L.P.,

*Appellee*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-261
_____

Before Higginbotham, Southwick, and Willett, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 22-10960

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.